sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 11/10/2026, Sammy Horn Jr

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Western District of North Carolina .

Case number: 23-40175

Certificate number: NCW23-401755131001

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance